No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No Attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of beer in a dry area; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Jo Ann PEREZ, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28132.

Court of Criminal Appeals of Texas.

March 7, 1956.

**Wade Travis HARDWICK, Appellant,**

.v.

**The STATE of Texas, Appellee.**

No. 28093.

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

